# In the United States Court of Federal Claims

| | |
|---|---|
| **MATT AND TRACI SHARROCK et al** )<br><br>**Plaintiffs,** )<br><br>**THE UNITED STATES OF AMERICA** )<br><br>**Defendant.** ) | **Case No. 20-00591 L**<br><br>**Senior Judge Loren A. Smith** |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-named case, including but not limited to, Matt and Traci Sharrock, Tommy T. Maoz, Hyunil Jo and Shina Lee, Jerome C. and Catherine C. Yen, Katherine L. Haute, Caleb S. and Juan Atwood, Jennifer and Frank Papapanagiotou, Weili Zhu, Charles J. Lucas Jr., Ina N. O'Connor (James O. O'Connor- Deceased), Michael W. and Julie D. Sparks, John D. and Lauren A. Platt, Rajeev R. and Karen N. Pillai, Su C. Lee, Sophia Riemann, Nan and Xuechen Zhang, John D. and Cherie D. Platt, Ashish and Shibani Gupta, Joanna and Konrad Krakowiak, David and Tami Young, Prashanthi M. Prasad, William R. and Deborah D. Regone, Jamie and Rad Manning, Amer A. Rahim, Yong H. Marx, Sook N. Byun, Suck D. Cho, Chil S. Ko, John and Marylyn L. DeFilippo, Jorge E. Galindo, Gerrit O. Kirkwood, William H. and Debora H. York, Gerald and Marian Siegmyer, John Hughes Tenison, Stephen E. and Erin R. Danielson, Energy Building Systems, Inc., Kaslik Investments, L.C., Monzer Hourani, Kaslik Investments, L.C., Mary C. Horany, Energy Progression Systems, Inc., Sachin Sheldekar, hereby appeal to the United States Court of Appeals for the Federal Circuit from the following:

1.  The "Judgment" entered in this action on April 9, 2021 (ECF No. 11), as well as all rulings adverse to Plaintiffs made prior to the entry of final judgment in this action and

1

in the Downstream Sub-Master Docket, *In re Downstream Addicks and Barker (Texas) Flood-Control Reservoirs v. U.S.A.*, Case No. 1:17-CV-09002-LAS, in which substantive filings were made and rulings were issued—including without limitation the following orders that are incorporated by reference in or merged into the Judgment (ECF No. 11);

2. "Opinion And Order" (ECF No. 203) filed February 18, 2020 in Case No. 17-9002L, granting Defendant's Motion To Dismiss and Cross-Motion For Summary Judgment And Denying Plaintiffs' Cross-Motion For Summary Judgment;

3. "Order Directing The Entry Of Judgment In Downstream Cases" (ECF No. 237) filed September 9, 2020 in Case No. 17-9002L, directing the entry of Judgment in Downstream Cases; and

4. "Order Dismissing Case" (ECF No. 10) filed April 8, 2021 in this action, Case No. 20-0591L, directing the entry of Judgment.

Dated: April 12, 2021

RESPECTFULLY SUBMITTED,

McGEHEE ✮ CHANG, LANDGRAF, FEILER

By: /s/ H. C. Chang
Jack E. McGehee
jmcgehee@lawtx.com
H. C. Chang
hcchang@lawtx.com
10370 Richmond Ave., Suite 1300
Houston, Texas 77042
(713) 864-4000
(713) 868-9393 fax

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF system, which will send notifications of such filing to the CM/ECF participants registered to receive service in this matter.

Dated: April 12, 2021                By:  /s/ H.C. Chang
                                                      H. C. Chang